**Electronically Filed
Supreme Court
SCWC-10-0000102
11-AUG-2014
02:30 PM**

SCWC-10-0000102

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NORMAN SAMSON and FRANCINE SAMSON, Individually,
and as Guardians Prochein Ami of KUʻULEILANI SAMSON, a Minor,
Petitioners/Plaintiffs-Appellants,

vs.

NOLA ANN NAHULU,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000102; CIVIL NO. 08-1-0171-01)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.

The application for writ of certiorari filed by
Petitioners/Plaintiffs-Appellants Norman Samson and Francine
Samson, Individually, and as Guardians Prochein Ami of
Kuʻuleilani Samson, a Minor, on June 27, 2014, is hereby accepted
and will be scheduled for oral argument.  The parties will be
notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, August 11, 2014

Ronald A. Albu                    /s/ Mark E. Recktenwald
for petitioners

                                  /s/ Paula A. Nakayama
Jonathan L. Ortiz and
Wade J. Katano                    /s/ Sabrina S. McKenna
for respondent

                                  /s/ Richard W. Pollack

                                  /s/ Michael D. Wilson

